**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 9, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00064-CV

---

### IN RE GERARDO NAVARRO, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-0353**

---

## MEMORANDUM OPINION

On January 26, 2024, relator Gerardo Navarro filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Ursula

Hall, presiding judge of the 165th District Court of Harris County, to vacate the trial court's November 8, 2023 order of reinstatement.

Our Court requested the real party in interest to file a response to relator's petition by February 16, 2024.

On April 1, 2024, this Court received from respondent a March 27, 2024 order vacating its November 8, 2023 order of reinstatement.

Because respondent vacated the complained-of order, relator received the relief requested and this mandamus is now moot. As such, we dismiss relator's petition for writ of mandamus as moot.

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.